UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**TRACIE D.,**

        **Plaintiff,**   :

  v.                                 **Case No. 2:21-cv-5726**
                                        **Judge Sarah D. Morrison**
                                        **Magistrate Judge Elizabeth P.**
**COMMISSIONER OF**                **Deavers**
**SOCIAL SECURITY,**     :

        **Defendant.**

## ORDER

This matter is before the Court on the April 11, 2022 Report and Recommendation issued by the Magistrate Judge. (ECF No. 9.) The time for filing objections has passed, and no objections have been filed. Accordingly, the Court **ADOPTS** and **AFFIRMS** the Report and Recommendation. For the reasons set forth therein, the Court **GRANTS** the Commissioner's Motion to Dismiss Untimely Complaint, or Alternatively, Motion for Summary Judgment (ECF No. 6) based upon Plaintiff's failure to timely file her Complaint. The Clerk is **DIRECTED** to **TERMINATE** this case from the docket of the United States District Court for the Southern District of Ohio.

    **IT IS SO ORDERED.**

                                              /s/ Sarah D. Morrison
                                              **SARAH D. MORRISON**
                                              **UNITED STATES DISTRICT JUDGE**